

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| ALAMO HEIGHTS INDEPENDENT SCHOOL DISTRICT, and RYAN ANDERSON, DAVID HORNBERGER, BRIAN HAMILTON, BONNIE GIDDEN, LISA KRENGER, PERRY SHANKLE, STACY SHARP, and DR. DANA BASHARA, in their Official Capacities, | § § § § § | No. 08-23-00124-CV Appeal from 438th Judicial District Court |
| Appellants, | § | of Bexar County, Texas |
| v. | § | (TC# 2020CI23809) |
| SELINA JONES, ROY HUMMEL, and LESLIE MICHELLE PRUITT, | § § | |
| Appellees. | § | |

## <u>CORRECTED JUDGMENT</u>

This Court previously considered this cause on the record and concluded there was error in the trial court's order overruling Appellants' plea to the jurisdiction. In the original judgment, this Court's disposition did not comport with that intended by the opinion. This Corrected Judgment is being issued today to correct the error and ensure the judgment comports with this Court's opinion. Accordingly, we reverse the order of the trial court denying Appellants' plea to the jurisdiction and render judgment dismissing Appellee's claims against the Appellant for lack of jurisdiction. Finding good cause, we order each party to pay their own costs of appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF AUGUST 2024.


JEFF ALLEY, Chief Justice

Before Alley, C.J., Palafox and Soto, JJ.